**Patrick J. Geile**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**Meridian, Idaho 83680**
**Phone: (208) 888-9111**
**Fax: (208) 888-5130**
**Bar No. 6975**
**pgeile@foleyfreeman.com**

**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. 20-00149-TLM |
|---|---|
| **JAMES ARNOLD PRATT,** | Chapter 7 |
| Debtor. | **MOTION TO ABANDON PROPERTY** |

COMES NOW, the Debtor, James Arnold Pratt by and through his attorney, Patrick J. Geile of the firm Foley Freeman, PLLC, and hereby moves this Court for abandonment of certain real property owned by the Debtor. Debtor moves pursuant to Code section 554, and Bankruptcy Rule 6007 and Local rule 6007.1

1.  Debtor filed for a Chapter 13 Bankruptcy on February 12, 2020. The debtor listed certain real property in his Petition and schedules. The Debtor listed real property located in Canyon County as 6650 McElroy Melba, ID 83641. That property is more particularly described in **Exhibit A to Debtor's Declaration,** which is a true and correct copy of the legal description.

2.  Debtor was attempting to sell that property and did in fact enter into a Purchase and Sale Agreement that was contingent on Court approval. Attached as **Exhibit B to Debtor's Declaration** is a true and correct copy of the Purchase and Sale Agreement.

**MOTION TO ABANDON PROPERTY -** 1

3. Upon conversion the Trustee reviewed the potential sale and determined that the potential sale at $465,000.00 would not generate enough funds to pay into the bankruptcy estate. Attached as **Exhibit C to Debtor's Declaration** is a true and correct copy of the email from Mr. Hillen regarding that calculation.

4. The property was originally listed for sale for $520,000.00, but there was no interest at that price. The Debtor and the Buyers went back and forth and arrived at a price of $465,000.00, which has been conveyed to the Debtor as a firm price.

5. There have not been any offers higher than $465,000.00

6. The Buyers have provided to the Debtor's Real Estate Agent proof of funds available to close. The Buyers wish to close on that property on or before May 8, 2020.

7. There are very few Proof of Claims filed in this bankruptcy case. As of the date of the Motion, the claims register reports only one general unsecured claim in the amount of $661.51. the other two claims filed in this case are both secured claims secured by real property which will be paid at closing including the largest secured obligation to the United States of America for a debt stemming from litigation with the United States Department of Agriculture.

8. Given the value of the property, the property provides no value to the bankruptcy estate, and therefore should be abandoned. The specific purpose for this abandonment is also to get the sale closed and to pay the secured creditors in full.

9. For the aforementioned reasons Debtor respectfully requests that this court grant the motion for abandonment.

DATED this 23rd day of April, 2020

FOLEY FREEMAN, PLLC

/s/ Patrick J. Geile
Patrick J. Geile
Attorney for Debtor

**MOTION TO ABANDON PROPERTY -** 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of April, 2020, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | __X__ | CM/ECF Notice |
| Kathleen A. McCallister<br>Chapter 13 Trustee<br>PO Box 1150<br>Meridian, ID 83680 | __X__ | CM/ECF Notice |
| Quentin Lackey<br>Hammond Law Office, P.A.<br>2805 Blaine St #140<br>Caldwell, ID 83605 | __X__ | CM/ECF Notice |
| ATTACHMENT A | __X__ | U.S. Mail |

/s/ Patrick J. Geile
Patrick J. Geile

**MOTION TO ABANDON PROPERTY -** 3

# ATTACHMENT A

Canyon County Tax Collector
PO BOX 1010
CALDWELL, IDAHO 83605

Gem State Radiology
PO Box 9649
Boise, ID D83707

Hopkins Financial LLC
910 E Carol St.,
Meridian, ID 83646

Idaho Medical Imaging
927 W Myrtle St.,
Boise, ID 83702

Retina Specialists of Idaho
13923 W. Wainwright Dr.
Boise, ID 83713

St. Alphonsus
PO Box 31001-1955
Pasadena, CA 91110

USDA FSA
2208 E Chicago St., Ste. B
Caldwell, ID 83605

Verizon Wireless Bankruptcy Administration
500 Technology Drive, Ste 550
Weldon Spring, MO 63304

**MOTION TO ABANDON PROPERTY -** 4