**Patrick J. Geile**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**Meridian, Idaho 83680**
**Phone: (208) 888-9111**
**Fax: (208) 888-5130**
**Bar No. 6975**
**pgeile@foleyfreeman.com**

**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| **In re:** | **Case No. 20-00149-TLM** |
|---|---|
| **JAMES ARNOLD PRATT,** | **Chapter 7** |
| **Debtor.** | |

**DEBTOR'S OBJECTION TO TRUSTEE'S APPLICATION TO EMPLOY REALTOR**

COMES NOW the Debtor, James Arnold Pratt, by and through his attorney of record, Patrick J. Geile of Foley Freeman, PLLC, and hereby objects to the Trustee's Application to Employ Realtor, (Docket No. 48).

1. The basis of this objection is that there is currently a pending sale offer on the property, and Debtor has moved to abandon the property. A Realtor is not necessary at this time. Further if the sale were to be completed with the current buyers, Mr. Moffis would not have taken any action in order to retain that buyer.

2. For the forgoing reasons the Debtor objects to the Application to Employ Realtor in this case.

DATED this 4th day of May, 2020

        FOLEY FREEMAN, PLLC

        /s/ Patrick J. Geile
        Patrick J. Geile
        Attorney for Debtor

**DEBTOR'S OBJECTION TO TRUSTEE'S APPLICATION TO EMPLOY REALTOR -** 1

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on the 4th day of May, 2020, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 |  X  | CM/ECF Notice |
| Kathleen A. McCallister<br>Chapter 13 Trustee<br>PO Box 1150<br>Meridian, ID 83680 |  X  | CM/ECF Notice |
| Quentin Lackey<br>Hammond Law Office, P.A.<br>2805 Blaine St #140<br>Caldwell, ID 83605 |  X  | CM/ECF Notice |
| ATTACHMENT A |  X  | U.S. Mail |

                /s/ Patrick J. Geile
                Patrick J. Geile

**DEBTOR'S OBJECTION TO TRUSTEE'S APPLICATION TO EMPLOY REALTOR -** 2

# ATTACHMENT A

Canyon County Tax Collector
PO BOX 1010
CALDWELL, IDAHO 83605

Gem State Radiology
PO Box 9649
Boise, ID D83707

Hopkins Financial LLC
910 E Carol St.,
Meridian, ID 83646

Idaho Medical Imaging
927 W Myrtle St.,
Boise, ID 83702

Retina Specialists of Idaho
13923 W. Wainwright Dr.
Boise, ID 83713

St. Alphonsus
PO Box 31001-1955
Pasadena, CA 91110

USDA FSA
2208 E Chicago St., Ste. B
Caldwell, ID 83605

Verizon Wireless Bankruptcy Administration
500 Technology Drive, Ste 550
Weldon Spring, MO 63304

**DEBTOR'S OBJECTION TO TRUSTEE'S APPLICATION TO EMPLOY REALTOR -** 3